# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ROSELL-FERNANDEZ,<br><br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>      Respondent. | CASE NO: 07-CV-1349 W<br>      04-CR-2785 W<br><br>**WRIT OF HABEAS CORPUS SCHEDULING ORDER**<br><br>28 U.S.C. § 2255 |

  Petitioner, proceeding *pro se*, has filed a writ of habeas corpus pursuant to 28 U.S.C. § 2255. Having read and considered the papers submitted, the Court **HEREBY ORDERS** as follows:

  1. Respondent shall file and serve a responsive pleading to the petition no later than **November 12, 2007**. The pleading shall include any documents relevant to the determination of the issues raised in the Petition.

  2. If Petitioner wishes to reply to the Respondent's answer, a traverse or other appropriate pleading must be filed by no later than **December 27, 2007**. Upon filing of the foregoing, the parties shall await further order of this Court.

//
//

3. The Clerk of Court shall serve a copy of the Petition together with a copy of this order on the United States Attorney or an authorized representative, 880 Front Street, Room 6293, San Diego, CA 92101.

**IT IS SO ORDERED.**

DATED: August 14, 2007

_____
Hon. Thomas J. Whelan
United States District Judge